May 14, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ALBERT MORRIS AND TILDA MORRIS, Appellants

NO. 14-13-00931-CV                    V.

SAND CANYON CORP., F/K/A OPTION ONE MORTGAGE CORPORATION, AMERICAN HOME MORTGAGE SERVICING, INC., N/K/A HOMEWARD RESIDENTIAL, INC., AND WELLS FARGO BANK, N.A., TRUSTEE, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Sand Canyon Corp., f/k/a Option One Mortgage Corporation, American Home Mortgage Servicing, Inc., n/k/a Homeward Residential, Inc., and Wells Fargo Bank, N.A., Trustee, signed July 22, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Albert Morris and Tilda Morris, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.